UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>    Plaintiff,<br><br>  v.<br><br>GURMEET KAUR,<br><br>    Defendant. | No. 2:20-cv-1429 JAM JDP (PC)<br><br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 12, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed February 12, 2021, are adopted in full;

  2. The case shall proceed on the first amended complaint's First Amendment denial of

1

access to courts claim based on defendant Kaur's July 23, 2019 conduct;

    3. Plaintiff's remaining claim is dismissed without leave to amend; and

    4. The case is referred back to the assigned magistrate judge so that service may be initiated for defendant Kaur.

DATED: March 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE