UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>  Plaintiff,<br><br>  v.<br><br>GURMEET KAUR,<br><br>  Defendant. | Case No.  2:20-cv-01429-JAM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND DEFERRING CONSIDERATION OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT<br><br>ECF Nos. 27, 31 |

Plaintiff has filed a motion for an extension of time to file a response to defendant's answer. ECF No. 27. A plaintiff is permitted to file a reply to an answer only when the court orders him to do so. Fed. R. Civ. P. 12(a)(1)(C). Because the court has not ordered plaintiff to file a reply to defendant's answer, his motion for an extension of time, ECF No. 27, is denied.

Plaintiff has also filed a document requesting that summary judgment be entered against defendant. ECF No. 31. Rather than address this motion now, the court will refer this case to the Post-Screening Alternative Dispute Resolution ("ADR") Project to allow the parties the opportunity to participate in a settlement conference.[1] If the case does not settle, the court will issue an order setting a briefing schedule for plaintiff's motion.

---

[1] The details regarding the referral to ADR are set forth in a concurrently filed order.

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 27, is denied.
2. The court defers consideration of plaintiff's motion for summary judgment.
3. The Clerk of Court is directed to administratively terminate ECF No. 31.

IT IS SO ORDERED.

Dated:   October 22, 2021                                              /s/ Jeremy Peterson
                                                                                           JEREMY D. PETERSON
                                                                                            UNITED STATES MAGISTRATE JUDGE