UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>    Plaintiff,<br><br>    v.<br><br>G. KAUR,<br><br>    Defendant. | Case No. 2:20-cv-01429-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 34 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 18, 2021, defendant filed a motion to opt out of the court's alternative dispute resolution program. ECF No. 34.

Good cause appearing, it is hereby ORDERED that defendant's motion, ECF No. 34, is granted, and the stay entered October 22, 2021 is lifted.

IT IS SO ORDERED.

Dated:    December 6, 2021                           _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE