UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER, | Case No. 2:20-cv-01429-JAM-JDP (PC) |
| Plaintiff, | ORDER SETTING A BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| G. KAUR, | ECF No. 31 |
| Defendant. | |

Plaintiff previously filed a motion asking that summary judgment be entered against defendant. ECF No. 31. The court deferred consideration of that motion and referred the case to the Post-Screening Alternative Dispute Resolution ("ADR") Project to allow the parties to participate in a settlement conference. ECF Nos. 32 & 33. The parties were notified that if the case did not settle, the court would issue an order setting a briefing schedule on plaintiff's motion for summary judgment.

The court recently granted defendant's motion to opt out of the ADR project. ECF No. 35. The court will therefore set a briefing scheduling for plaintiff's motion for summary judgment.

According, it is hereby ORDERED that:

1. Defendant shall file an opposition or statement of non-opposition to plaintiff's motion for summary judgment, ECF No. 31, by no later than December 28, 2021.

1

2. Plaintiff may file a reply to defendant's opposition, if any, on or before January 11, 2022.

IT IS SO ORDERED.

Dated: __December 8, 2021__  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE