UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GURMEET KAUR,<br><br>　　　　　Defendant. | No. 2:20-cv-01429-TLN-JDP<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 8, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 42.)  No objections were filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 8, 2022 (ECF No. 42) are ADOPTED in full; and

2. Plaintiff's Motion for Summary Judgment (ECF No. 31) is DENIED.

**DATED:  August 18, 2022**

Troy L. Nunley
United States District Judge