UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>         Plaintiff,<br><br>   v.<br><br>G. KAUR,<br><br>         Defendant. | Case No.  2:20-cv-01429-DAD-JDP (PC)<br><br>ORDER |

On April 21, 2023, plaintiff filed a motion to voluntarily dismiss this action, ECF No. 55, and defendant filed a statement of non-opposition to the dismissal, ECF No. 56.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the court construes these filings as a stipulation to dismiss this action.  Accordingly, the Clerk of Court is directed to close this action and administratively terminate ECF No. 55.

IT IS SO ORDERED.

Dated:   May 3, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE