UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER, | Case No.  2:20-cv-1429-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| GURMEET KAUR, | |
| Defendant. | |

Plaintiff voluntarily dismissed this case in April 2023.  ECF Nos. 55 & 57.  More than two years later, in January 2026, he filed a motion seeking to strike or dismiss the filing fees associated with the case.  ECF No. 58.  That motion is denied because the court does not have discretion to waive or strike the filing fee.  Statute requires that, when a prisoner (as plaintiff was when this action was filed), brings a civil case and proceeds *in forma pauperis*, the court is required to collect payments for the fee when funds exist.  28 U.S.C. §§ 1915(b)(1), (2).  In his motion, plaintiff argues that paying off the debt for this case has been difficult as he has reached the maximum time limit he can be employed as a clerk in the prison, he has no income coming from family, and his health is declining.  ECF No. 58 at 1-2.  I am not unsympathetic to plaintiff's predicament but, as noted above, I cannot disregard statutory requirements.

1

It is, therefore, ORDERED that plaintiff's motion to strike court filing fee, ECF No. 58, is DENIED.

IT IS SO ORDERED.


Dated:    March 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2